No. 80–6572.   HILLIARD *v.* CARLSON ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 80–6573.   CHRISCO *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 80–6578.   JOHNSON *v.* LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 80–6585.   TERRELL *v.* UNITED STATES; and
No. 80–6927.   WILLIAMS *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Reported below: 644 F. 2d 696.

No. 80–6591.   SCHLANG *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 80–6608.   WOOD *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 80–6615.   SCOTT *v.* FAUVERGUE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–6616.   SEVERDIA *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 80–6624.   MUKA *v.* COHN ET AL.; and MUKA *v.* FOLEY ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6625.   HOOK *v.* COUGHLIN, CORRECTIONAL COM-MISSIONER, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6626.   GRANDISON *v.* MARYLAND.   C. A. 4th Cir. Certiorari denied.

No. 80–6628.   HALL *v.* COUGHLIN, CORRECTIONAL COM-MISSIONER, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6635.   ESPINOZA *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.